UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-14286-MIDDLEBROOKS/LYNCH

JANET HOYT,

    Plaintiff,

vs.

BOBBY'S BRASS RAIL, INC.,

    Defendant(s).
_____/

### STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JANET HOYT, and Defendant, BOBBY'S BRASS RAIL, INC., stipulate, and the parties agree to dismiss this case with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case with prejudice, both parties to bear their own fees and costs.

Dated:   December 19, 2016

| **WEISS LAW GROUP, P.A.** | **ROSSWAY SWAN TIERNEY BARRY LACEY & OLIVER, P.L.** |
|---|---|
| *Attorneys for Plaintiff* | Attorneys for Defendant |
| 5531 N. University Drive | 2101 Indian River Blvd, |
| Suite 103 | Suite 200 |
| Coral Springs, FL 33067 | Vero Beach, FL   32960 |
| Tel: (954) 573-2800 | Tel: (772) 231-4440 |
| Fax: (954) 573-2798 | |
| | |
| BY:   /s/ Peter S. Leiner | BY:   /s/ Thomas W. Tierney |
| Jason S. Weiss | Thomas W. Tierney |
| Jason@jswlawyer.com | ttierney@rosswayswan.com |
| Florida Bar No. 356890 | Florida Bar No. 0390150 |
| Peter S. Leiner | |
| Peter@jswlawyer.com | |
| Florida Bar No. 104527 | |

1